AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
FEB 27 2013
U.S. DISTRICT COURT
MARTINSBURG, WV 25401

United States of America )
v. )
Tyson Hinkle ) Case No. 3:13 MJ 1
_____ )
*Defendant* ) Charging District:
) Charging District's Case No.

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Edward A. Garmatz Federal Building, 101 West Lombard St., Room 7B, Baltimore, MD | Courtroom No.: 7B |
| | Date and Time: March 11, 2013 at 2:30pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 2-27-13

_____
*Judge's signature*

Magistrate Judge David Joel
*Printed name and title*