# Davis & Davis
## Attorneys at Law
### 1350 Connecticut Ave., NW, Suite 202
### Washington, D.C. 20036
### (202) 234-7300 [phone]
### (202) 223-7005 [fax]

May 7, 2013

The Honorable James K. Bredar
U.S. District Court Judge
United States District Court
Northern Division
101 W. Lombard Street
Baltimore, Maryland 21201

        Re:    *United States of America v. Tyson Hinckle*
                 Criminal Case No.:  JKB 13 – 0084-01

Dear Judge Bredar:

    I write on behalf of the defendants in the *Hinckle et al.* matter. The Defense responses to the Government's motion for a protective order and for any *Garrity*-related motions to dismiss are scheduled to be filed by May 10, 2013. As a consequence of the factually complex analysis required to respond to the *Garrity* issues, inclusive of an extensive investigation and review of literally thousands of pages of materials, the defense is requesting a five day extension of time to respond. The United States, through its attorney, Forrest Christian, Special Litigation Counsel at the Department of Justice, has no objection to this request, provided the United States is given an additional five days to reply to the defense response.

    A five day extension would result in the following changes to the Scheduling Order (Doc 49) filed by the Court:

May 15, 2013        Deadline for responses to Government's motion for a
                              protective order and for any *Garrity*-related motions
                              to dismiss the indictment.

June 5, 2013        Deadline for Government's reply in connection with its
                              motion for a protective order and for Government's
                              opposition to any *Garrity*–related motions to dismiss the
                              indictment.

June 12, 2013      Deadline for replies in connection with any *Garrity*–related
                              motions to dismiss the indictment.

I thank your Honor for your time and consideration.

                                                         Sincerely,

                                                         Christopher M. Davis

cc:   All parties of record.